IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-667-D

| | | |
|---|---|---|
| CAMBPELL ALLIANCE GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LYNN FORREST and ANDREW KWON, | ) | |
| | ) | |
| Defendants. | ) | |

This case is before the court on the unopposed motion (D.E. 47) by defendant Lynn Forrest ("Forrest") to excuse her in-person attendance at the settlement conference scheduled for 17 May 2016 (*see* D.E. 45). There being no opposition to the motion and good cause having been shown, the motion is ALLOWED. Defendant Forrest is excused from in-person attendance at the 17 May 2016 settlement conference, but she shall be available by telephone at all times during the settlement conference. Counsel for Forrest remains subject to the requirement to appear in person at the settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 9 day of May 2016.

James E. Gates
United States Magistrate Judge