IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-667

CAMPBELL ALLIANCE GROUP, INC.,

    Plaintiff,

v.

LYNN FORREST and ANDREW KWON,

    Defendants.

## ORDER ON PLAINTIFF'S MOTION
## FOR LEAVE TO FILE CERTAIN INFORMATION UNDER SEAL

This matter coming to be heard on Campbell's Motion for Leave to File Certain Information Under Seal and the Court being informed of the premises,

**IT IS HEREBY ORDERED** that Campbell's motion is GRANTED and Campbell is granted leave to file all Exhibits to its Reply Brief in Support of Its Motion for Preliminary Injunction under seal:

SO ORDERED. This the 22 day of September 2016.

                                                    _____
                                                  JAMES C. DEVER III
                                                  Chief United States District Judge