IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-667-D

| | |
|---|---|
| CAMBPELL ALLIANCE GROUP, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| LYNN FORREST and ANDREW KWON, ) | |
| Defendants. ) | |

This case is before the court on the consent motion (D.E. 112) by defendant Lynn Forrest ("Forrest") to excuse her from in-person attendance at the settlement conference scheduled for 2 May 2018 (*see* D.E. 111). There being no opposition to the motion and good cause having been shown, the motion is ALLOWED. Forrest is excused from in-person attendance at the conference, but shall be available by telephone during the entire settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 24 day of April 2018.

James E. Gates
United States Magistrate Judge