UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAMPBELL ALLIANCE GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> LYNN FORREST and ANDREW KWON, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:15-CV-667-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court FINDS that Campbell has not proven its breach of contract claims against defendants by a preponderance of the evidence. Thus, the court enters judgment in favor of defendants and against Campbell. Defendants may file a motion for costs in accordance with this court's local rules.

**This Judgment Filed and Entered on January 28, 2020, and Copies To:**

| | |
|---|---|
| Daniel F. Lanciloti | (via CM/ECF electronic notification) |
| David S. Becker | (via CM/ECF electronic notification) |
| David L. Ter Molen | (via CM/ECF electronic notification) |
| Jennifer M. Huelskamp | (via CM/ECF electronic notification) |
| Joseph Fogel | (via CM/ECF electronic notification) |
| Kevin Michael Ceglowski | (via CM/ECF electronic notification) |
| Phillip J. Strach | (via CM/ECF electronic notification) |
| Brodie D. Erwin | (via CM/ECF electronic notification) |

DATE:                                                           PETER A. MOORE, JR., CLERK

January 28, 2020                             (By) /s/ Nicole Sellers
                                                                                   Deputy Clerk